IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-257-JLK**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. TREVA MORGAN,**

    Defendant.

---

## ORDER

Kane, J.

This matter is currently before me on the government's Motion to Review/Reconsider the Court's Order Setting Conditions of Release [On Unsecured Bond] set in the District of Arizona (doc. 3). The motion is DENIED. Should Defendant fail to appear as ordered, a bench warrant will issue.

Dated: November 17, 2011        BY THE COURT:

                                          **/s/John L. Kane**
                                          Senior U.S. District Judge