**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00257-JLK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. TREVA MORGAN,

      Defendant.

---

## MINUTE ORDER[1]

---

      By Tuesday, **December 6, 2011**, defendant shall file a response to the **Government's Motion To Reconsider This Court's Order [Doc] Denying Motion To Review/Reconsider The Court's Order Setting Conditions of Release [On Unsecured Bond] Set in The District of Arizona** [#13][2] filed November 29, 2011. On Wednesday, **December 7, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a hearing. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated: December 1, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.