**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00257-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TREVA MORGAN,

    Defendant.

---

### MINUTE ORDER[1]

---

On December 7, 2011, the court conducted a telephonic setting conference to set a hearing on the **Government's Motion To Reconsider This Court's Order [Doc 5] Denying Motion To Review/Reconsider The Court's Order Setting Conditions of Release [On Unsecured Bond] Set in The District of Arizona** [#13][2] filed November 29, 2011. After conferring with the parties and with their consent,

**IT IS ORDERED** that on **December 15, 2011**, commencing at 10:00 a.m., the court shall conduct a hearing on the **Government's Motion To Reconsider This Court's Order [Doc 5] Denying Motion To Review/Reconsider The Court's Order Setting Conditions of Release [On Unsecured Bond] Set in The District of Arizona** [#13] filed November 29, 2011. The court reserving one (1) hour for the hearing.

    Dated: December 7, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.