IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-00257-JLK**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**TREVA MORGAN,**

      Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Hearing on Motion for Reconsideration currently set before Judge Blackburn is **VACATED AND RESET** for **December 15, 2011 at 9:00 a.m.** before **Judge Kane** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated: December 9, 2011